UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT L. ALLUM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF MONTANA, MONTANA STATE FUND, AND DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. CV-23-061-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in accordance with the order dated November 12, 2024 (Doc. 24), the above-captioned matter is DISMISSED.

　　Dated this 12th day of November, 2024.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　Sarah Nagy, Deputy Clerk